AUTHORITY of MARSHALS to ADJOURN UNITED STATES COURTS. See Append.

AUTOCRAT, The. See Case No. 8,958.

---

## Case No. 669.

### The AUTONA.

[Sometimes cited for The Antona, Case No. 492.]